UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 13-cv-04507-BLF |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| PETERS' BAKERY, | |
| Defendant. | |

On 05/14/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | 05/23/2014 |
| Last Day to Disclose Experts | 10/15/2014 |
| Fact Discovery Cut-Off | 09/30/2014 |
| Expert Discovery Cut-Off | 11/15/2014 |
| Last Day to Hear Dispositive Motions | 04/09/2015 at 9:00 am |
| Final Pretrial Conference | 06/18/2015 at 2:30 pm |
| Trial | 07/06/2015 at 9:00 am |

1         IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2  are referred to the assigned Magistrate Judge.
3         IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4  orders, which are available on the Court's website and in the Clerk's Office.
5         IT IS FURTHER ORDERED THAT the parties are to meet and confer regarding
6  remaining briefing schedule.

8  Dated: May 14, 2014

   _____
   BETH LABSON FREEMAN
   United States District Judge