UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>PETERS' BAKERY,<br><br>  Defendant. | Case No.  13-cv-04507-BLF<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>[Re: ECF 38] |

Pursuant to Civil Local Rule 72-2, the Court HEREBY ORDERS the following briefing schedule on Plaintiff's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (ECF 38):

1. Defendant shall file a response by September 2, 2014.  Defendant's response shall not exceed 5 pages (not counting declarations and exhibits).
2. Plaintiff may file a reply by September 9, 2014.  Any reply shall not exceed 3 pages.
3. The matter will be submitted without oral argument.

**IT IS SO ORDERED.**

Dated: August 22, 2014

_____
BETH LABSON FREEMAN
United States District Judge