WILLIAM R. TAMAYO -- #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
CINDY O'HARA -- #114555 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
San Francisco District Office
450 Golden Gate Ave, 5th Floor
PO Box 36025
San Francisco, California  94102
Telephone:    (415) 522-3035
cindy.ohara@eeoc.gov

Attorneys for Plaintiff EEOC

# UNITED STATES DISTRICT COURT

# NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>  Plaintiff,<br><br>v.<br><br>**PETERS' BAKERY,**<br><br>  Defendant. | Civil Action No. CV-13-4507 BLF/PSG<br><br>**STIPULATED REQUEST TO ALLOW THE TAKING OF UP TO THREE DEPOSITIONS PER PARTY ON OR BEFORE DECEMBER 5, 2014**; [proposed] **ORDER** |

## STIPULATION AND REQUEST

Whereas the non-expert discovery cutoff in this matter is October 31, 2014; and

Whereas Defendant has moved the Court to take a total of thirteen (13) depositions, including two after the discovery cutoff; and

Whereas Plaintiff served Defendant with supplemental disclosures on September 8, 2014 naming two witnesses not previously disclosed on its prior initial disclosures, and Defendant served Plaintiff with supplemental disclosures on October 2, 2014 naming at least three witnesses not disclosed in its prior initial disclosures; and

Whereas the parties already have twelve (12) depositions noticed and scheduled between now and the discovery cutoff for October 21, 22, 23, 27, 28, 29, 30 and 31, 2014;

Therefore, the parties to this matter, by and through their counsel of record,

1  hereby stipulate and request that each party be permitted to take up to three depositions
2  on or before December 5, 2014 on dates mutually acceptable to the parties and the
3  deponents.  Counsel for Plaintiff has previously informed Defendant that she is on leave
4  and out of the office from November 3 until November 17, 2014.
5       The parties further stipulate that each party may exceed the ten (10) deposition
6  limit under Federal Rule of Civil Procedure 30, to take a total of thirteen (13)
7  depositions.  Upon entry of this stipulated order, Defendant will take its Motion to
8  Extend the Ten-Deposition Limit of FRCP 30 and to Extend the Time to Take the
9  Additional Depositions off calendar, and Plaintiff will not file an opposition brief to that
10 Motion.
11      The stipulation to allow up to three depositions per party on or before December
12 5, 2014 will not impact any other case management dates.  The last day to hear
13 dispositive motions is April 9, 2015.  The final pretrial conference is June 18, 2015, and
14 trial set to begin July 6, 2015.
15      The parties have had one, one-month extension of the discovery cutoff, from
16 September 30 to October 31, 2014.
17      It is so stipulated.

Dated: October 22, 2014                    Dated: October 22, 2014

EQUAL EMPLOYMENT OPPORTUNITY               LAW OFFICES OF ROBERT DAVID BAKER
COMMISSION


  /S/ Cindy O'Hara                            /S/ Robert D. Baker
Attorney for Plaintiff EEOC                Attorney for Defendant Peters' Bakery

//
//
//
//

# **ORDER**

Pursuant to the stipulation of the parties IT IS SO ORDERED.  Defendant's "Motion to Extend the Ten-Deposition Limit of FRCP 30," ECF 50, is hereby withdrawn. IT IS SO ORDERED.

Dated: October 23, 2014

United States District Court Judge