UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PETERS' BAKERY,<br><br>　　　　　Defendant. | Case No. 13-cv-04507-BLF<br><br>**ORDER ON SCHEDULE FOR MOTIONS BEFORE THE COURT** |

Pursuant to the Court's telephone conference with the parties on October 27, 2014, the parties have stipulated to stay the taking of depositions until Thursday, October 30, 2014, pending the Court's decision on Plaintiff EEOC's Ex Parte Request for Stay of Discovery, which this Court construes as a motion for administrative relief pursuant to Civil Local Rule 7-11. ECF 59. Defendant Peters' Bakery's response is due **on or before October 30, 2014**. The Court will decide the matter on the papers, without oral argument.

Plaintiff's Motion to Disqualify Defendant's Counsel, ECF 56, is scheduled for oral argument on December 4, 2014. To the extent Defendant intends to request an evidentiary hearing, Defendant shall make a request in writing. December 5, 2014 is available for such hearing, and the parties should meet and confer regarding the scheduling of witnesses.

Plaintiff shall file an unredacted version of Exhibit 1 to the Declaration of Cindy O'Hara, ECF 58, into the public record **by 6:00 p.m.** today.

**IT IS SO ORDERED.**

Dated: October 27, 2014

_____
BETH LABSON FREEMAN
United States District Judge