UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>PETERS' BAKERY,<br><br>    Defendant. | Case No. 13-cv-04507-BLF<br><br>**ORDER GRANTING MOTION TO STAY DISCOVERY**<br><br>[Re: ECF 59] |

On October 26, 2014, plaintiff EEOC filed an "Ex Parte Request for Stay of Discovery," ECF 59, which this Court construed as a motion for administrative relief pursuant to Civil Local Rule 7-11, ECF 62.  Defendant Peters' Bakery responded to the motion on October 29, 2014, indicating that it did not oppose a stay of discovery.  ECF 64.

The Court therefore finds good cause to stay discovery pending resolution of Plaintiff's Motion to Disqualify Defendant's Counsel, ECF 56, which is presently scheduled to be heard on December 4, 2014 at 9:00 a.m.  The Court will re-evaluate the stay of discovery with the parties at the December 4, 2014 hearing.

**IT IS SO ORDERED.**

Dated: October 30, 2014

                                                      BETH LABSON FREEMAN
                                                      United States District Judge

United States District Court
Northern District of California