UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PETERS' BAKERY,<br><br>　　　　Defendant. | Case No. 13-cv-04507-BLF<br><br>**ORDER SETTING EVIDENTIARY HEARING AND RESCHEDULING HEARING ON PLAINTIFF'S MOTION TO DISQUALIFY DEFENDANT'S COUNSEL**<br><br>[Re: ECF 56, 66] |

Pursuant to Defendant's request, ECF 66, the Court finds good cause to conduct an evidentiary hearing for the purpose of taking additional evidence on Plaintiff's Motion to Disqualify Defendant's Counsel, ECF 56.  Accordingly, IT IS HEREBY ORDERED THAT:

1. The Court will hold a **1 hour** evidentiary hearing on **December 5, 2014** at 9:00 a.m. in Courtroom 3, 5th Floor, San Jose.

2. In the interest of efficiency, the hearing on Plaintiff's Motion to Disqualify Defendant's Counsel presently scheduled for December 4, 2014 is hereby CONTINUED to **December 5, 2014**.  The Court will hear oral argument on the motion immediately following the evidentiary hearing.

3. Defendant's written opposition to Plaintiff's motion shall be due **on or before November 13, 2014**.  Defendant's request for supplemental briefing following the evidentiary hearing is DENIED without prejudice to renewing the request after the evidentiary hearing.

**IT IS SO ORDERED.**

Dated: October 31, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge