UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>PETERS' BAKERY,<br><br>    Defendant. | Case No.  13-cv-04507-BLF<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>[Re: ECF 74] |

Before the Court is the Administrative Motion to File Documents Under Seal by Defendant Peters' Bakery.  Admin. Mot., ECF 74.  Defendant seeks to seal Exhibit 1 to its opposition to Plaintiff EEOC's motion to disqualify Defendant's counsel, which consists of approximately 500 pages of "confidential telephone messages from potential clients, former and current clients, and others, for the period August 1, 2011 through April 30, 2011." *Id.* at 2; ECF 74-4 (Exh. 1).

Having reviewed the exhibit sought to be sealed and the declaration of counsel in support of the sealing request, the Court finds good cause to seal the submitted documents in connection with the non-dispositive motion to disqualify counsel. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006).  Defendant's administrative motion to file under seal is accordingly GRANTED, and Exhibit 1 shall remain under seal.

**IT IS SO ORDERED.**

Dated: November 18, 2014

_____
BETH LABSON FREEMAN
United States District Judge