1

2

3                          UNITED STATES DISTRICT COURT

4                        NORTHERN DISTRICT OF CALIFORNIA

5                               SAN JOSE DIVISION

6

7    EQUAL EMPLOYMENT OPPORTUNITY              Case No.  13-cv-04507-BLF
     COMMISSION,

8                      Plaintiff,             **ORDER SETTING FURTHER CASE**
                                              **MANAGEMENT CONFERENCE**
9          v.

10   PETERS' BAKERY,

11                     Defendant.

12

13          All parties are HEREBY ORDERED to appear at a Further Case Management Conference

14   on **April 30, 2015 at 1:30 p.m.** in Courtroom 3, 5th Floor, San Jose.

15          Defendant Peters' Bakery may not appear *pro se* and must retain counsel to enter an

16   appearance.  In the event Defendant has not retained counsel, a representative from Peters' Bakery

17   is required to be in attendance at the Further Case Management Conference.

18          This order shall be served on Peters' Bakery, c/o Charles Peters and David Peters, at 3108

19   Alum Rock Ave., San Jose, CA 95127.  Defendant's prior counsel, who was disqualified from

20   representation on December 22, 2014, is hereby terminated from this case.

21          **IT IS SO ORDERED.**

22   Dated: April 17, 2015

23                                            _____

24                                            BETH LABSON FREEMAN
                                              United States District Judge
25

26

27

28

United States District Court
Northern District of California