UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 13-cv-04507-BLF |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| PETERS' BAKERY, | |
| Defendant. | |

On 04/30/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Case Management Statement | 06/11/2015 |
| Further Case Management Conference | 06/18/2015 at 1:30 pm |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Trial | 07/11/2016 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT the Parties are to meet, confer and file a Stipulated
6 Discovery Plan on any remaining discovery issues within 30 days.
7    IT IS FURTHER ORDERED THAT any remaining depositions be scheduled within 30
8 days.
9    IT IS FURTHER ORDERED THAT the Parties are referred to further ADR Mediation to
10 be completed within 60 days.

Dated:  April 30, 2015

_____
BETH LABSON FREEMAN
United States District Judge