United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>PETERS' BAKERY,<br><br>    Defendant. | Case No.  13-cv-04507-BLF<br><br>**ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT; AND VACATING HEARING**<br><br>[Re:  ECF 165] |

The Motion for Leave of Court to File Amended Complaint that was set for hearing on March 31, 2016 is hereby SUBMITTED without oral argument; the hearing is VACATED. *See* Civ. L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated:  March 24, 2016

_____
BETH LABSON FREEMAN
United States District Judge