ROBERTA L. STEELE, SBN 188198 (CA)
JONATHAN T. PECK, SBN 12303 (VA)
CINDY O'HARA, SBN 114555 (CA)
PETER LAURA, SBN 116426 (CA)
SIRITHON THANASOMBAT, SBN 270201 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone No. (415) 522-3035
Fax No. (415) 522-3425
Peter.Laura@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.: 5:13-cv-04507 BLF |
|---|---|
| Plaintiff, | **DECLARATION OF CINDY O'HARA IN SUPPORT OF PLAINTIFF EEOC'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF EEOC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| PETERS' BAKERY, | |
| Defendant. | Date: April 14, 2016<br>Time: 9:00 a.m.<br>Ctrm: 3, 5th floor |

I, Cindy O'Hara, declare:

1.      I am an attorney at law, licensed to practice in the State of California, a senior trial attorney with Plaintiff Equal Employment Opportunity Commission (EEOC), and an attorney of record for Plaintiff EEOC in this matter.

2.      On March 12, 2014, the Commission served on Defendant EEOC's Request for Production, Set One, which requested, inter alia, for all documents relating to Mr. Peters' small claims action. Defendant did not produce any alleged defamatory internet statement in response to the request, or at any other time.

1

2          I declare under penalty of perjury that the foregoing is true and correct.  Executed this 31st

3     day of March, 2016, at San Francisco, California.

4

5

6                                                    _____

7                                                    CINDY O'HARA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28