UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>  v.<br><br>PETERS' BAKERY,<br><br>        Defendant. | Case No. 13-cv-04507-BLF<br><br>**ORDER RESETTING JURY TRIAL** |
|---|---|

To all Parties and Counsel of Record:

The jury trial set to commence on July 11, 2016 is hereby RESET to commence on July 15, 2016. Jury selection is scheduled for 9:00 a.m. on July 15, 2016.

**IT IS SO ORDERED.**

Dated: June 7, 2016

_____
BETH LABSON FREEMAN
United States District Judge